IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL ROGALA,

                Plaintiff(s),

v.

HARTFORD LIFE & ACCIDENT
INSURANCE CO.,

                Defendant(s).

Civil No. 03:20-cv-01556-JR

**JUDGMENT**

Based on the record,

IT IS ORDERED AND ADJUDGED that judgment is Entered in favor of Defendant.

Pending motions, if any, are DENIED AS MOOT.

Dated this 25th day of October, 2021.

                                            by   /s/ Jolie A. Russo
                                                  Jolie A. Russo
                                                  United States Magistrate Judge